IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHARLES BREAUX,<br><br>　　Plaintiff,<br><br>v.<br><br>CONN APPLIANCES, INC.,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:14-cv-1045-O |

## FINAL JUDGMENT

The Court has entered its order compelling arbitration. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED with prejudice**.

**SO ORDERED** on this **17th day** of **February, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE